**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6819**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

MUJADDID RAHIM MUHAMMAD, a/k/a Stacey Lamar Marsh,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Robert C. Chambers, District Judge. (3:91-cr-00114-2)

———————

Submitted: July 19, 2012         Decided: July 26, 2012

———————

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mujaddid Rahim Muhammad, Appellant Pro Se. John J. Frail, Steven Loew, Assistant United States Attorneys, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mujaddid Rahim Muhammad appeals the district court's order denying his motion under Fed. R. Crim. P. 36 to correct a clerical error in the judgment of conviction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Muhammad</u>, No. 3:91-cr-00114-2 (S.D.W. Va. Apr. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>